JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER DE SANTIAGO-PEREZ, | Case No. EDCV 19-2262-CJC (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| WILLIAM BARR, Attorney General, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment be entered in Petitioner's favor and that Respondents give Petitioner a bond hearing within 30 days and then every six months thereafter until his ICE custody ends or the injunction modified in <u>Rodriguez v. Robbins</u>, 804 F.3d 1060 (9th Cir. 2015), <u>rev'd & remanded sub nom. by</u> <u>Jennings v. Rodriguez</u>, 138 S. Ct. 830 (2018), is vacated.

DATED: August 26, 2020

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE